# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DONALD L. GREER, JR. & MECHELLE L. GREER          Case Number: 04-70949
7524 BORODELL STREET
MACHESNEY PARK, IL 61115                    SSN-xxx-xx-3273 & xxx-xx-3292

Case filed on:    2/25/2004
Plan Confirmed on:   6/25/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $70,309.05            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 31,372.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 31,372.00 | 0.00 |
| 000 | LAW OFFICES OF CROSBY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | IDES BENEFIT PAYMENTS | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
|  | Total Priority | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
| 999 | DONALD L. GREER, JR. | 0.00 | 0.00 | 437.05 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 437.05 | 0.00 |
| 002 | MORTGAGE ELECTRONIC REGISTRATION | 6,168.44 | 6,168.44 | 6,168.44 | 0.00 |
| 003 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NUVELL CREDIT COMPANY LLC | 12,712.50 | 12,712.50 | 12,712.50 | 6,220.34 |
| 005 | PRIME ACCEPTANCE CORP | 600.00 | 600.00 | 600.00 | 0.00 |
| 018 | MORTGAGE ELECTRONIC REGISTRATION | 250.00 | 250.00 | 250.00 | 0.00 |
|  | Total Secured | 19,730.94 | 19,730.94 | 19,730.94 | 6,220.34 |
| 003 | HEIGHTS FINANCE | 4,570.00 | 4,570.00 | 3,208.27 | 0.00 |
| 004 | NUVELL CREDIT COMPANY LLC | 3,690.79 | 3,690.79 | 2,591.03 | 0.00 |
| 005 | PRIME ACCEPTANCE CORP | 592.47 | 592.47 | 415.93 | 0.00 |
| 006 | SECURITY FINANCE | 286.34 | 286.34 | 201.02 | 0.00 |
| 008 | BRIAN F. SOLTYS DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECK INTO CASH INC | 288.00 | 288.00 | 202.18 | 0.00 |
| 010 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DAVID M. CORCORAN DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 235.90 | 235.90 | 165.61 | 0.00 |
| 013 | NICOR GAS | 524.67 | 524.67 | 368.34 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 575.26 | 575.26 | 403.85 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 308.40 | 72.50 | 50.89 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,071.83 | 10,835.93 | 7,607.12 | 0.00 |
|  | Grand Total: | 33,196.77 | 32,960.87 | 61,541.11 | 6,220.34 |

Total Paid Claimant:     $67,761.45
Trustee Allowance:       $2,547.60            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     70.20             discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008             By   /s/Heather M. Fagan